Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

Counsel for FCA US LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------- x
                                          :  Chapter 11
In re:                                    :
                                          :  Case No. 09-50002 (SMB)
Old Carco LLC, *et al.*,                  :
                                          :  Jointly Administered
             Debtors.    :
                                          :
                                          :
----------------------------------------- :
                                          :  Adv. Pro. No. 17-01062 (SMB)
David Dearden, as Executor of the Estate of :
Edward J. Dearden, *et al.*,              :
                                          :
             Plaintiffs, :
                                          :
             -v-         :
                                          :
FCA US LLC and Chrysler Group LLC,        :
                                          :
             Defendants. :
----------------------------------------- X

**MOTION OF FCA US LLC TO DISMISS**
**COUNTS ONE AND THREE OF PLAINTIFF'S AMENDED COMPLAINT**

       Defendant FCA US LLC ("FCA US"), for its motion to dismiss Count I and Count III of the Amended Complaint in this adversary proceeding, respectfully submits and states as follows:

       1.     For the reasons set forth in the memorandum of law accompanying this motion ("Memorandum"), FCA US respectfully moves this Court to enter an order, pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure, (i) granting this motion; (ii) finding that the claims asserted in Count I and Count III of the Amended Complaint filed against FCA US by Plaintiff David Dearden, as Executor of the Estates of Edward J. Dearden and Theresa J. Dearden, are barred by the June 1, 2009 Order in Case No. 09-50002 [Docket No. 3232], approving the sale of certain assets of Old Carco LLC and its affiliated debtors to FCA US; and (iii) dismissing, with prejudice, Count I and Count III of the Amended Complaint.[1]

2. Notice of this motion is being provided to counsel for Plaintiff. FCA US submits that no other notice is necessary.

WHEREFORE, FCA US respectfully requests entry of an order granting the relief requested herein in substantially the form of the Proposed Order attached hereto as Exhibit A, and such other or further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: August 25, 2017<br>New York, New York | /s/ Brian D. Glueckstein<br>Brian D. Glueckstein<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Counsel for FCA US LLC* |

---

[1] Plaintiff erroneously names "Chrysler Group, LLC" as a separate named Defendant in the Amended Complaint. Chrysler Group LLC is the former name of FCA US and not an independent legal entity.